

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

_____

## No. 08-24-00146-CR

_____

EDUARDO SANTILLANA GARZA, Appellant

v.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 409th District Court
El Paso County, Texas
Trial Court No. 20190D02537

---

## **JUDGMENT**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 23rd day of September 2025.

LISA J. SOTO, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.